922

No. 81–1165. LEADER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–1169. DEARMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–1199. HUGHES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–5519. AYERS *v.* COLLINS, WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 81–5576. PALMER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 81–5604. HOPKINSON *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 81–5624. ARNOLD *v.* MARSHALL ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–5629. MURTISHAW *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5648. WARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5670. GOMEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5694. CRICK *v.* SMITH, WARDEN, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 81–5708. MAZYAK ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.